1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM AHDOOT, on behalf of himself and all others similarly situated, and the general public,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.  CV13-02823 GAF (VBKx)<br><br>**[PROPOSED] PROTECTIVE ORDER REGARDING HANDLING OF CONFIDENTIAL DOCUMENTS** |

　　　The parties in the above-entitled actions have submitted an AGREED CONFIDENTIALITY STIPULATION FOR ENTRY OF PROTECTIVE ORDER ("Confidentiality Stipulation").  The Court, having reviewed the parties' Confidentiality Stipulation, and GOOD CAUSE APPEARING, hereby adopts the Confidentiality Stipulation as its Protective Order for the handling of "Confidential Information" as that term is defined by the parties' Confidentiality Stipulation.


Dated:  November 18, 2013　　　　　　　/s/
　　　　　　　　　　　　　　　　　Victor B. Kenton
　　　　　　　　　　　　　　　　　United States Magistrate Judge