Christopher J. Hamner, Esq.  (SBN 197117)
Amy T. Wootton, Esq.  (SBN 188856)
**HAMNER LAW OFFICES, APC**
555 W. 5th Street, 31st Floor
Los Angeles, California 90013
Telephone:  (213) 533-4160
Facsimile:  (213) 533-4167
chamner@hamnerlaw.com
awootton@hamnerlaw.com

[Additional counsel listed on following page]

Attorneys for Plaintiffs PAYAM AHDOOT AND BRANDON CLARK, on behalf of themselves and all others similarly situated

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAYAM AHDOOT, and BRANDON CLARK, on behalf of themselves and all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>Babolat VS North America, Inc., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.  CV13-02823 GAF (VBKx) Consolidated with CV13-7898 GAF (VBKx)<br><br>**NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>[Filed concurrently with Memorandum of Points and Authorities in Support of Motion, Declaration of Christopher J. Hamner; Declaration of Susan E. DiBiase; [Proposed] Order]<br><br><br>Date:         September 8, 2014<br>Time:        9:30 a.m.<br>Courtroom:     740 |

Christopher A. Olsen, Esq. (SBN 236928)
**OLSEN LAW OFFICES, APC**
1010 Second Avenue, Suite 1835
San Diego, California 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
caolsen@caolsenlawoffices.com

Chad B. Wootton, Esq. (SBN 151188)
**WOOTTON LAW GROUP, LLP**
119½ N. Larchmont Blvd., Suite 2
Los Angeles, California 90004
Telephone: (323) 460-2100
Facsimile: (323-460-2112
chadwootton@woottonlawgroup.com

Attorneys for Plaintiffs PAYAM AHDOOT AND BRANDON CLARK, on behalf of themselves and all others similarly situated

NOTICE OF MOTION
PRELIMPYYAAPPROVAL

1.

PLEASE TAKE NOTICE THAT AT 9:30 A.M. on September 8, 2014, in Courtroom 740, of the above-entitled court located at 255 E. Temple Street, Los Angeles, California 90012, Plaintiffs Payam Ahdoot and Brandon Clark (collectively "Plaintiffs") will bring a Motion for Preliminary Approval of a Class Action Settlement. The Motion shall seek an Order as follows:

1. Preliminarily approving the proposed Settlement as fair, reasonable, and adequate to the Settlement Class subject to final review by the Court.

2. Approving the form and the content of the Short Form and Long Form Publication Notices, substantially in the forms attached as Exhibits D and E, respectively, to the Settlement Agreement, such that notice of the Settlement Agreement may be disseminated to the Settlement Class for consideration as follows:

   a. The Short Form Publication Notice shall be published in the November/December 2014 issue of Tennis Magazine.[1]

   b. A Settlement website shall be established with the internet address www.Babolatsettlement.com. The Settlement website shall be operational on or before the first day the Short Form Publication Notice appears in Tennis Magazine. The Settlement website shall include the Short Form Publication Notice, the Long Form Publication Notice, the Claim Form, the Settlement Agreement (without exhibits), the Second Amended Complaint, and the

---

[1] Tennis Magazine requires all submissions for the November/December 2014 issue to be submitted prior to September 30, 2014. See Declaration of Susan E. DiBiase ("DiBiase Decl."), ¶6, filed concurrently herewith.

Preliminary Approval Order.

c. A banner advertisement regarding the settlement shall be published on the United States version of Babolat.com and the Internet website Tennis.com contemporaneously with the Short Form Publication Notice's first appearance in Tennis Magazine that shall contain a link to the Settlement website.

3. Certifying the Settlement Class for settlement purposes.

4. Appointing Payam Ahdoot and Brandon Clark as Class Representatives for the Settlement Class.

5. Appointing Hamner Law Offices, APC; the Olsen Law Offices, and Wootton Law Group, LLP as Class Counsel for purposes of the Settlement.

6. Granting Plaintiffs leave to amend their complaint to amend the class definition and insert additional factual allegations and claims based thereon, in the form attached as Exhibit F to the Settlement Agreement.

7. Enjoining Settlement Class Members from commencing or continuing any action or proceeding in any court or other tribunal asserting any claims encompassed by the Settlement Agreement unless the Settlement Class Member files a valid and timely Request for Exclusion, with the exception of proceedings related to final approval of the Settlement and consideration of Class Counsel's Fee and Cost Application.

8. Preliminarily approving administration costs to be paid to the Settlement Administrator.

9. Issue an immediate stay of the Action, with the exception of Plaintiffs filing the Second Amended Complaint and proceedings relating to this Settlement Agreement, and an injunction prohibiting any Settlement Class Member from prosecuting any other action relating in any way to the claims at issue in this Action.

10. Scheduling a final approval hearing to consider and address: (a) whether the proposed Settlement should be finally approved as fair, reasonable and adequate to the Settlement Class and whether a Final Approval Order and Judgment be entered by the Court; and (b) whether Class Counsel's Fee and Cost Application (including incentive awards to Class Representatives) should be granted, in whole or in part.

Dated: August 7, 2014                    HAMNER LAW OFFICES, APC


                                         /s/
                                         CHRISTOPHER J. HAMNER
                                         AMY T. WOOTTON
                                         Attorneys for Plaintiffs PAYAM
                                         AHDOOT AND BRANDON CLARK
                                         on behalf of themselves and the class
                                         they seek to represent