1  BRENT E. JOHNSON (S.B. #133323)
   bjohnson@hollandhart.com
2  HOLLAND & HART LLP
   222 S. Main Street, Suite 2200
3  Salt Lake City, UT 84101
   Telephone: 801-799-5800
4  Facsimile: 801-799-5700

5  *Attorney for Defendant Babolat VS NA, Inc.*

6

7              UNITED STATES DISTRICT COURT
8          FOR THE CENTRAL DISTRICT OF CALIFORNIA
9

| | |
|---|---|
| PAYAM AHDOOT, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. CV13-02823 GAF (VBKx)<br><br>(Consolidated with No. CV13-7898)<br><br>**DECLARATION OF SUSAN E. DiBIASE**<br><br>District Judge: Hon. Gary A. Feess<br>Magistrate:    Hon. Victor B. Kenton<br>Action Filed:  April 22, 2013<br>Trial Date:    February 10, 2015 |
| BRANDON CLARK, on behalf of himself and all others similarly situated, and the general public,<br><br>Plaintiff,<br><br>vs.<br><br>BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>Defendants. | |

I, Susan E. DiBiase, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury the following to be true to the best of my knowledge:

- 1 -                                   DECLARATION OF SUSAN DiBIASE

1. I am the Marketing Director for Babolat USA. I have approximately seventeen years experience in marketing sporting goods and fitness products.

2. I have had approximately seven years' experience with tennis marketing in particular. I routinely work with print, television and on-line publications that take advertisements from companies in the tennis industry.

3. I am aware that Tennis Magazine is a nationwide publication, distributed to all United States Tennis Association Members. I believe that Tennis Magazine has been published for over 40 years and has been available online for over 10 years.

4. The figures on circulation for Tennis magazine which are published give it a circulation of about 603,000 individuals.

5. My impression is that Tennis Magazine is considered by those in the tennis industry as the leading tennis magazine in the United States.

6. The next submission date for advertising in Tennis Magazine is of September 30, 2014.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: JULY 29, 2014.

*Susan E. DiBiase* (signature)

Susan E. DiBiase

DECLARATION OF SUSAN DiBIASE