LINK:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-02823 GAF (VBKx) | Date | September 3, 2014 |
|---|---|---|---|
| Title | Payam Ahdoot v. Babolat VS North America | | |

| Present: The Honorable | **GARY ALLEN FEESS** | |
|---|---|---|
| Stephen Montes Kerr | None | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     (In Chambers)

## ORDER VACATING HEARING

The Court has received Plaintiffs' motion for preliminary approval of the class action settlement agreement. (Docket No. 43 [Mot. for Preliminary Settlement Approval].)  The Court takes these matters under submission.  Accordingly, the hearing previously scheduled for September 8, 2014, is **VACATED**.  Should the Court determine that argument of counsel is required for the resolution of this motion, a new hearing date will be scheduled.  Fed. R. Civ. P. 78; C.D. Cal. R. 7-15.

   **IT IS SO ORDERED.**