1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM AHDOOT, on behalf of himself and all others similarly situated, and the general public, | Case No.  CV13-02823 GAF (VBKx)<br><br>(Consolidated with No. CV13-7898)<br><br>**ORDER RE STIPULATED MOTION FOR AN ORDER SCHEDULING DATES FOR FILING OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEY FEES** |
| vs. | |
| BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive, | |
| BRANDON CLARK, on behalf of himself and all others similarly situated, and the general public, | |
| vs. | |
| BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br>. | |

1  This Court entered an Order preliminarily approving the settlement reached between the Parties (ECF No. 54 [10/7/14 Order] as modified by subsequent order (ECF No. 57 [10/8/14 Order], together the "Preliminary Order").  Having received counsel's Stipulated Motion for an Order Scheduling Dates for Filing of Motion for Final Approval of Class Action Settlement and Award of Attorney Fees, IT IS HEREBY ORDERED that the Preliminary Order shall be supplemented to include the following:

1. Deadline for Plaintiffs to file their Motion for Final Approval of Class Action Settlement: **February 27, 2015.**

2. Deadline for Plaintiffs to file their Motion for Award of Attorney Fees and Costs: **February 27, 2015.**

Dated this 30th day of October. 2014.

_____
Hon. Gary A. Feess
UNITED STATES DISTRICT JUDGE

7276783_1