1  Christopher J. Hamner, Esq. (SBN 197117)
   Amy T. Wootton, Esq. (SBN 188856)
2  **HAMNER LAW OFFICES, APC**
   555 W. 5th Street, 31st Floor
3  Los Angeles, California 90013
   Telephone: (213) 533-4160
4  Facsimile: (213) 533-4167
   chamner@hamnerlaw.com
5  awootton@hamnerlaw.com

6  [Additional counsel listed on following page]

7  Attorneys for Plaintiffs PAYAM AHDOOT AND BRANDON CLARK, on behalf of themselves and all others similarly situated
8

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM AHDOOT, and BRANDON CLARK, on behalf of himself and all others similarly situated, and the general public,<br><br>           Plaintiffs,<br><br>v.<br><br>Babolat VS North America, Inc., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. CV13-02823 VAP<br>Consolidated with CV13-7898 VAP<br>*[Assigned for all purposes to Hon. Virginia A. Phillips]*<br><br>**NOTICE OF MOTION FOR ATTORNEY FEES, COSTS, INCENTIVE AWARDS, AND SETTLEMENT ADMINISTRATION EXPENSES**<br><br>[Filed concurrently with Notice of Motion and Motion for Final Approval of Class Action Settlement; Motion for Final Approval of Class Action Settlement; Motion for Attorneys Fees and Costs; Declarations of Christopher J. Hamner, Chad B. Wootton, Christopher A. Olsen, Payam Ahdoot, Brandon Clark, Tore Hodne; Susan DiBiase; and [Proposed] Orders]<br><br>Date:        April 6, 2015<br>Time:        2:00 p.m.<br>Courtroom:   2 |

Christopher A. Olsen, Esq. (SBN 236928)
**OLSEN LAW OFFICES, APC**
1010 Second Avenue, Suite 1835
San Diego, California 92101
Telephone: (619) 550-9352
Facsimile: (619) 923-2747
caolsen@caolsenlawoffices.com

Chad B. Wootton, Esq. (SBN 151188)
**WOOTTON LAW GROUP, LLP**
119½ N. Larchmont Blvd., Suite 2
Los Angeles, California 90004
Telephone: (323) 460-2100
Facsimile: (323-460-2112
chadwootton@woottonlawgroup.com

Attorneys for Plaintiffs PAYAM AHDOOT AND BRANDON CLARK, on behalf of themselves and all others similarly situated

PLEASE TAKE NOTICE that at 2:00 p.m. on April 6, 2015, in Courtroom 2, of the above-entitled court located at 3470 12th Street, Riverside, California, Plaintiffs Payam Ahdoot and Brandon Clark (collectively "Plaintiffs") will and hereby do move this Court for an Order awarding Attorney Fees, Costs, Incentive Awards, and Settlement Administration Expenses as set forth in the Motion for Attorney Fees, Costs, Incentive Awards, and Settlement Administration Expenses ("Motion"). The Motion shall seek an Order as follows:

1. Appointing Hamner Law Offices, APC; the Olsen Law Offices, and Wootton Law Group, LLP as Class Counsel for purposes of the Settlement and determining that Class Counsel' request for attorneys' fees in the amount of $1,125,000 is fair and reasonable, and granting the requested award.

2. Determining that Class Counsel's request for reimbursement of litigation costs in the amount of $78,134.65 is fair and reasonable, and granting the requested award.

3. Appointing Payam Ahdoot and Brandon Clark as Class Representatives for the Settlement Class.

4. Determining that Plaintiff Payam Ahdoot's request for a $5,000 Incentive Award is fair and reasonable, and granting the requested award.

5. Determining that Plaintiff Brandon Clark's request for a $5,000 Incentive

Award is fair and reasonable, and granting the requested award.

6. Determining that Rust Consulting, Inc.'s request for $164,524.78 representing Settlement Administration Expenses is fair and reasonable, and granting the award.

The Motion is based upon this Notice, the accompanying Memorandum of Points and Authorities, Declarations, exhibits and such further and additional evidence as may be permitted.

Dated: February 27, 2015         HAMNER LAW OFFICES, APC

                                              /s/
                                  AMY T. WOOTTON
Attorneys for Plaintiffs PAYAM AHDOOT AND BRANDON CLARK on behalf of themselves and the class they seek to represent

2.