JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAYAM AHDOOT, on behalf of himself and all others similarly situated, and the general public,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No. CV13-02823 VAP Consolidated with CV13-7898 VAP [Assigned for all purposes to Hon. Virginia A. Phillips]<br><br>**JUDGMENT**<br><br>District Judge: Virginia A. Phillips<br>Action Filed:  April 22, 2013 |

BRANDON CLARK, on behalf of himself and all others similarly situated, and the general public,

　　　　　　Plaintiff,

　vs.

BABOLAT VS NORTH AMERICA, INC., a Colorado Corporation and DOES 1 through 10, inclusive,

　　　　　　Defendants.

.

Plaintiffs' Motion for Final Approval of Class Action Settlement (Doc. No. 62) and Plaintiffs' Motion for Attorney Fees, Costs, Incentive Awards, and Administration Costs (Doc. No. 63) (together, the "Motion for Final Approval") were heard by this Court on April 6, 2015.  For the reasons stated in its Order Granting Motion For Final Approval of Class Action Settlement and Granting Motion for Attorney Fees, Costs, Incentive Awards, and Administration Costs dated April 6, 2015 (the "Final Approval Order") (Doc. No. 72), this Court granted Plaintiffs' Motion for Final Approval.

Pursuant to Federal Rule of Civil Procedure 58, the Court HEREBY ORDERS ENTRY OF JUDGMENT as follows:

1. The capitalized terms used in this Judgment shall have the same meaning as defined in the Stipulation and Agreement Settlement (Doc. No. 62-3) (the "Settlement Agreement").

2. The Parties shall comply with the terms and conditions of the Settlement Agreement and of the Final Approval Order.  Defendant Babolat VS North America, Inc. ("Babolat") shall pay $4,500,000 in total settlement funds into the Gross Settlement Fund (with credit for funds previously paid into the Gross Settlement Fund by Babolat) pursuant to the procedure and timing set forth in the Settlement Agreement after which Babolat and the Babolat Releasees shall have no further liability for costs, expenses, interest, attorney's fees, or for any other charge, expense, or liability for the Released Claims.

3. The Court approves the following payments to be made by the Settlement Administrator pursuant to the terms of the Settlement Agreement and the Final Approval Order:

Plaintiffs' Attorneys Fees:  $1,125,000;

Plaintiffs' Litigation Costs:  $78,134.65;

Plaintiffs' Incentive Awards $5,000 to Plaintiff Ahdoot/$5,000 to Plaintiff Clark;

Settlement Administration Costs:  $194,524.78; and

After which the remainder of the Gross Settlement Fund (the "Net Settlement Fund") shall be paid to Settlement Class Members with respect to Valid Claims, and to the extent settlement funds remain in the Net Settlement Fund after full payment to Settlement Class Members, the remainder, if any, distributed cy pres fifty percent (50%) to St. Jude's Children's Research Hospital and fifty percent (50%) to USTA Serves.

4. The payments to be made by the Settlement Administrator shall be made (unless stayed by Appeal) in respect of:

Settlement Administration Costs:  As incurred;

Plaintiffs' Attorneys Fees, Plaintiffs' Litigation Costs and Plaintiffs' Incentive Awards:  Within 7 business days after the 60th calendar day after entry of this judgment;

Payments to Settlement Class Members:  Within 81 calendar days after entry of this judgment; and

Cy Pres Distribution:  As soon as practical after the Settlement Administrator determines that the period for Settlement Class Members to negotiate their checks has ended and the sum remaining in the Net Settlement Account can be accurately ascertained.

5. The Complaint is hereby dismissed in its entirety, with prejudice. Without affecting the finality of this Judgment in any way, the Court shall maintain continuing jurisdiction over this matter to ensure compliance with all terms of the settlement.

IT IS SO ORDERED,

DATED:  April 29, 2015

_____
Honorable Virginia A. Phillips
United States District Court

JUDGMENT
3